IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:20CR392 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES VACCARO, et al., | ) | <u>MOTION TO EXTEND PLEA DEADLINE</u> |
| | ) | |
| | ) | |
| Defendants. | ) | |

Now comes the United States of America, by and through United States Attorney Rebecca C. Lutzko and Assistant United States Attorneys Vanessa V. Healy and Erica D. Barnhill, and requests that this Court extend the plea deadline currently set for September 20, 2024, for the reasons set forth below.

On September 6, 2024, this Court held a telephone conference with counsel for the United States and counsel for Defendants Vaccaro, Ruggeri, and Berlly. The Court set a plea deadline for the defendants of September 20, 2024. Counsel has continued to engage in discussions with Defendants Vaccaro and Berlly, and discussions remain ongoing. Additionally, on September 16, 2024, this Court permitted Defendant Ruggeri's attorney to withdraw.

The United States represents that additional time to engage in plea discussions with Defendants Vaccaro and Berlly would be helpful and, given that Defendant Ruggeri is being assigned new counsel, the additional time would not create any additional delay in the

2

proceedings. The United States therefore requests an extension of the plea deadline for all defendants until new dates are set by the Court after new counsel is appointed for Mr. Ruggeri.

        Respectfully submitted,

        REBECCA C. LUTZKO
        United States Attorney

By:   /s/ Vanessa V. Healy
       Vanessa V. Healy (OH: 0092212)
       Erica D. Barnhill (OH: 0079309)
       Assistant United States Attorney
       United States Court House
       801 West Superior Avenue, Suite 400
       Cleveland, OH 44113
       (216) 622-3652/3967
       (216) 522-2403 (facsimile)
       Vanessa.Healy@usdoj.gov
       Erica.Barnhill@usdoj.gov